ALLISON L. MACDONALD,

      Plaintiff,

v.

HASBRO MANAGERIAL SERVICES, LLC,
alias, and HASBRO INC., alias,

      Defendants.

C. A. NO. 1:25-CV-96-MSM-LDA

## <u>AFFIDAVIT OF MR. ERIC B. MACK</u>

I, Eric B. Mack, do hereby depose and state as follows:

1.      I make the statements contained in this Affidavit based upon my personal knowledge and am competent to testify as to all facts stated herein.

2.      I am a shareholder at the law firm Littler Mendelson, P.C., One Financial Plaza, Suite 2205, Providence, RI 02903. I represent Defendant Hasbro, Inc. ("Defendant" or "Hasbro").

3.      Attached as *Exhibit A* is a copy of the severance agreement provided to Plaintiff Allison L. MacDonald ("Plaintiff" or "MacDonald").

4.      Attached as *Exhibit B* is a copy of the email communication between myself, Plaintiff's counsel, Mr. Danilo A. Borgas, and in-house counsel for Hasbro, Ms. Laura Moisin.

5.      Attached as *Exhibit C* is a copy of the pay stubs indicating the severance payments paid to Plaintiff.

6.      Attached as *Exhibit D* is a copy of the January 27, 2026 letter I sent to Plaintiff's counsel requesting Plaintiff repay Hasbro $20,658.96 of the severance she improperly received.

Signed under the penalties of perjury this <u>27th</u> day of March 2026.

                /s/ Eric B. Mack
                Eric B. Mack

**<u>CERTIFICATE OF SERVICE</u>**

I, Eric B. Mack, hereby certify that a true and accurate copy of the foregoing document was filed and served electronically by operation of the Court's CM/ECF System on the following counsel of record on this <u>27th</u> day of March, 2026:

Jonathan C. Sanders, Esq.
Chloe A. Davis, Esq.
Sinapi Law Associates, Ltd.
2374 Post Road Suite 201
Warwick, RI 02886
Phone: (401) 739-9690
FAX: (401) 739-9490
cad@sinapilaw.com
jcs@sinapilaw.com

*/s/ Eric B. Mack*
Eric B. Mack